Pauley, W.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/9/15

| | |
|---|---|
| BITRESERVE, LTD. and HALSEY MINOR, | : |
| Plaintiffs, | : Case No. 1:15-cv-01593-WHP |
| vs. | : |
| BITGOLD, INC., JOSHUA CRUMB, ROY SEBAG, and KEVIN BARNES, | : |
| Defendants. | : |

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiffs Bitreserve, Ltd., and Halsey Minor, hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice, against the defendant Kevin Barnes.

Respectfully submitted,

Date: April 8, 2015

By: _____
Darren H. Goldstein (N.Y. Bar. No. 1978501)
Alexis Arena (admitted *pro hac vice*)
**FLASTER/GREENBERG PC**
295 Madison Avenue, 12th Floor
New York, NY 10017
T: 212.268.7111
*Attorneys for Plaintiffs*

## SO ORDERED:

_____  4/9/15
**U.S.D.J.**

4768177 v1

## CERTIFICATE OF SERVICE

I, Alexis Arena, certify that on this date, I sent a copy of the forgoing Notice of Voluntary Dismissal to the following via mail and email:

Marc John Randazza
Randazza Legal Group
3625 South Town Center Drive
Las Vegas, NV 89135
mjr@randazza.com
*Attorney for Defendant Kevin Barnes*

Aaron M. Frankel
Kramer Levin
Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York 10036
afrankel@kramerlevin.com
*Attorney for Defendants BitGold, Joshua Crumb and Roy Sebag*

Brian F. McMahon
Christensen O'Connor Johnson Kindness PLLC
1201 Third Avenue, Suite 3600
Seattle, Washington 98101
brian.mcmahon@cojk.com
*Attorney for Defendants BitGold, Joshua Crumb and Roy Sebag*

April 8, 2015

/s/ Alexis Arena
Alexis Arena
Flaster/Greenberg PC
1600 JFK Blvd., Suite 200
Philadelphia, PA  19103
215.279.9908
alexis.arena@flastergreenberg.com
*Attorney for Plaintiff*

1947650 v1