IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BITRESERVE, LTD. and HALSEY MINOR, | : |
| | : Case No. 1:15-cv-01593-WHP |
| Plaintiffs, | : |
| vs. | : |
| BITGOLD, INC., JOSHUA CRUMB, ROY SEBAG, and KEVIN BARNES, | : |
| Defendants. | : |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiffs Bitreserve, Ltd., and Halsey Minor, hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice, against the remaining defendants BitGold, Inc., Joshua Crumb, and Roy Sebag.

Respectfully submitted,

Date: April 15, 2015

By: _____
Darren H. Goldstein (N.Y. Bar. No. 1978501)
Alexis Arena (admitted *pro hac vice*)
**FLASTER/GREENBERG PC**
295 Madison Avenue, 12th Floor
New York, NY 10017
T: 212.268.7111
*Attorneys for Plaintiffs*

4768177 v1

## CERTIFICATE OF SERVICE

    I, Alexis Arena, certify that on this date, I electronically filed the foregoing Notice of Voluntary Dismissal with the Clerk of the Court using the CM/ECF System, which will send a Notice of Electronic Filing to counsel for the defendants, who have appeared and consented to electronic service in this action.

Respectfully submitted,

April 15, 2015

/s/ Alexis Arena
Alexis Arena
Flaster/Greenberg PC
1600 JFK Blvd., Suite 200
Philadelphia, PA  19103
215.279.9908
alexis.arena@flastergreenberg.com
*Attorney for Plaintiff*

1947650 v1